# PAWAR LAW GROUP P.C.

ATTORNEYS AT LAW

20 VESEY STREET SUITE 1210
NEW YORK NEW YORK 10007

**Robert Blossner**
**Vik Pawar**

TEL (212) 571 0805
FAX (212) 571 0938

www.pawarlaw.nyc

September 6, 2018

**BY ECF**:
The Honorable Steven Tiscione
United States Magistrate Judge

Re:     *Smallwood v. Delta Airlines Inc.,* 18 CV 3543 (FB) (ST)

Dear Judge Tiscione:

      I am local counsel for the plaintiff in this action. Mr. Matthew Weisberg, Esq. is the lead counsel. I write to respectfully request an adjournment of the initial conference currently scheduled for October 4, 2018. This is the first such request. Defense counsel consents.

      Mr. Weisberg needs this adjournment because he is scheduled to commence a trial on October 4, 2018. We respectfully request that if the Court's schedule allows, to adjourn the conference to October 12, 2018. On that day, Mr. Weisberg will be travelling from Pennsylvania for pre-motion conference before Judge Kuo at 10:30 a.m in *Fukelman v. Delta Airlines, Inc*. That action is also defended by the same defense counsel in this action. If the Court could accommodate the initial conference in this action on October 12, 2018, it would be greatly appreciated by the parties, particularly by Mr. Weisberg who would be coming from out of state.

      Thank you.

Respectfully,

/s
Vik Pawar (VP9101)

Cc:     All counsel (by ECF)

1