# EXHIBIT H




| Chapter 2 | Absence Notification Policy |

## Overview

You must notify the Management Support Team (MST) as soon as you are aware of your inability to cover an assignment, including a training assignment.

**Trip Holder**

You must call 3 hours prior to scheduled report time.

If you call in less than 3 hours prior to report time, your schedule will be marked CFSM and you may be subject to performance development.

**A-Day Holder**

The following will apply:

a. If you have not yet received a trip assignment, you will be marked sick for the appropriate date at the time you call.

b. If you have been assigned a trip but you call in the day prior to the trip you will be marked sick.

c. If you call in sick on the day of the assignment after accepting the assignment, or state that you are sick at the time you are contacted for the assignment, your schedule will be marked with CFSM and you will need to contact your Field Service Manager.

You must provide the MST desk with a projected well date upon initial notification of the absence. If you remain sick, and are unable to report for your next scheduled trip, you must notify the MST desk and provide a new projected well date.

## Sedgwick Claims Management

- Contact Sedgwick Claims Management at 1-877-67-DELTA to certify any absence of more than 7 consecutive days due to illness.
- Sedgwick will coordinate with your physician regarding the absence. Failure to contact Sedgwick can result in an unexcused absence.
- Also, contact Sedgwick when an OJI absence extends beyond 7 consecutive days. An OJI should initially be reported to Sedgwick at 1-877-67-DELTA within 24 hours of the injury.

Absence Notification

Printed pages of this handbook are for information only. Currency must be verified with online version.

CONFIDENTIAL

DELTA_HS_001229

# Reporting Absences

### Occupational Illness or Injury

- Report your injury to Sedgwick at 1-877-67-DELTA no later than the end of your duty day.

- Call IFS Scheduling at 404-715-2739 or 1-800-325-2739 if you are unable to report for your next scheduled assignment due to your injury or illness. Remember to verify your last day worked as you may need to provide this to Sedgwick at a later date.

- Call Sedgwick at 1-877-67-DELTA as soon as you anticipate being absent more than 7 consecutive days. You will delay receipt of your disability benefit if you do not contact Sedgwick by Day 8 of your absence, or if you provide them with an incorrect last day worked.

- If you have additional questions/concerns or need additional information contact a coordinator in IFS Administrative Services at 1-800-325-8990.

### Personal (Non-Occupational) Illness or Injury

- Call IFS Scheduling at 1-800-DAL-CREW or 404-715-2739 at least 3 hours before you are scheduled to report for duty on the first day of an absence in accordance with IFS procedures. Remember to verify your last day worked as you may need to provide this to Sedgwick at a later date.

- Call Sedgwick at 1-877-67-DELTA as soon as you anticipate being absent more than 7 consecutive days. If you do not contact Sedwick by Day 8 of your absence or if you provide an incorrect last day worked, you are at risk of having benefits and pay suspended until your absence is certified or you return to work.

- Once your absence lasts more than 7 days and is certified by Sedgwick, and if you have exhausted your PPT, you have the option of adding incremental vacation days to your schedule for up to 7 days.

*NOTE:* You may not use vacation days already plotted on your schedule for the current or following month.

### Scheduling

- You are responsible for your schedule, not Sedgwick or ESIS.

- You must stay in contact with IFS Scheduling as appropriate during the absence and must advise them immediately when you are released to return to work or if your effective release date has changed.

- Scheduling must hear from you personally to be able to update your schedule to reflect an absence.

Introduction

Printed pages of this handbook are for information only. Currency must be verified with online version.

CONFIDENTIAL

DELTA

DELTA_HS_001230

# Maintaining Benefits

### Avoiding Interruption to Workers' Compensation or Disability Benefits

**ESIS – Workers' Compensation**

- Employees receiving Workers' Compensation (WC) should promptly return all calls or requests for additional information made by the WC representative.

**Sedgwick – Disability**

- Sedgwick must certify your absence for you to continue benefit coverage and disability pay.
- It is your responsibility to supply any requested information promptly throughout the disability period.
- If you do not return to work once the certification period expires, you must contact Sedgwick and supply additional medical information to support your continued absence.

# Doctor's Certification Requirement

You must submit a doctor's certification which includes:

- physician's signature
- inclusive dates of illness/injury

Under any of the following circumstances:

- For any illness during a pre-announced requirement period due to operational needs (i.e. holidays, inclement weather, etc);
- For any illness occurring after resignation notice is submitted;
- Upon request by a Performance Field Service Manager (PFSM), including, but not limited to, circumstances where doctor's certification may be applied as deemed necessary as a part of performance development due to excessive absenteeism.

See Performance Development "Excessive Absenteeism" on page 4.

You must submit the doctor's certification to your Performance Field Service Manager upon returning to work or within 10 days of the well date, whichever occurs first. If not submitted by the appropriate date, a review process will occur which could result in the forfeiture of pay for the absence, and a determination that the absence is "unexcused" with discipline up to and including termination.

**Note:** You must contact Sedgwick Claims Management to certify any absence of more than seven consecutive days due to illness. Sedgwick will then coordinate with your physician regarding the absence. Failure to contact Sedgwick may result in an unexcused absence and the forfeiture of pay.

**Intentionally Left Blank**