# EXHIBIT I



# Chapter 34    Performance Development



## Overview

The guidelines concerning discipline set forth in this document are intended to provide examples of some of Delta's expectations as to conduct and appearance of Delta personnel. Depending on the employee's work record or the infraction, one or more of the disciplinary guidelines mentioned in this section may be used. Any list of this nature obviously cannot be all inclusive, and personnel must use their own good judgment at all times.

As a flight attendant, you are required to comply with federal regulations and company policies which govern your job including the In-Flight Service Standards of Performance, as listed in the On-Board Manual section of the SkyPro, and Delta's HR policies (formerly known as Human Resources Practices Manual - HRPM). Failure to perform in accordance with Delta standards may result in the application of Performance Development.

Performance Development encompasses Delta Air Lines' disciplinary process. Items considered in the decision making process include:

- Length of service
- Period of lasting, sustained improvement
- Severity of infraction
- Aggravating and mitigating circumstances

Just as all personnel may resign their employment with Delta at any time and for any reason they choose, Delta may terminate the employment relationship at any time if Delta concludes that such termination is appropriate. This right exists notwithstanding any examples of conduct or the statements contained in this document or elsewhere.

## Levels of Performance Development

The following is a brief outline of Delta's model of Performance Development.

### Verbal Coaching

Verbal coaching is an opportunity for an employee to receive performance feedback early and take the necessary action to change behavior. These sessions also allow an employee the opportunity to ask for help in working with the leader to correct the performance issue. A verbal coaching is not considered a formal Corrective Action, but more like a "word to the wise" that helps leaders and employees proactively communicate before an issue can impact the employee's performance record. Verbal coaching is generally a two-phase process that may include an "informal" stage. If the issue is more serious or the employee has not responded to an earlier verbal coaching, the leader may use a "formal" verbal coaching by documenting the employee's personnel file. While the informal verbal coaching does not have a shelf life associated with it, a formal verbal coaching is active in the local file for 12 months or until any written Corrective Action has expired.

### Written Coaching

Documentation of a counseling session as a result of failure to improve performance following a verbal coaching(s). A Written Coaching may also be administered as a result of an infraction which warrants stronger counseling than a verbal coaching. The Written Coaching is maintained in the employee's personal file for 18 months or until the most recent written Performance Development expires.

### Corrective Action Notice

An employee is issued a Corrective Action Notice if he/she fails to demonstrate sustained improvement after the issuance of a Written Coaching or commits an infraction serious enough to warrant a higher level of discipline. A Corrective Action Notice remains in the file for 24 months or until the most recent written Performance Development expires.

### Final Corrective Action Notice

A Final Corrective Action Notice may be presented to an employee who has received previous warnings or commits an infraction Delta considers serious enough to warrant a higher level of discipline. A Final Corrective Action Notice may result in review for termination for any infraction or failure to demonstrate adequate improvement during this period. A Final Corrective Action Notice remains in the file for 36 months or until the most recent written Performance Development expires.

*Please see Delta's Frontline Performance Development Guidelines on DeltaNet for more details.*

# Appeals Process

Delta values direct communication with and feedback from Delta employees. For this reason, the company has always provided an open door policy to its employees. Through the open door policy, any employee can voice any concern to any member of management, including the Chief Executive Officer. Employees are also able to raise issues or questions up through their own chain of leadership, to their division's Human Resources representative, or to Delta's Equal Opportunity office.

### Conflict Resolution Process (CRP)

Delta flight attendants are also provided the option of a peer-review appeal process for Performance Development and termination decisions. This is the Conflict Resolution Process (CRP).

CRP is not intended to replace Delta's open door policy or the equal opportunity appeal process, but rather to offer an additional avenue for flight attendants when they believe that Delta's policies and procedures have not been appropriately applied.

See "Conflict Resolution Process" in this Handbook and on the IFS Portal.

# General Performance Policies

All Delta employees are governed by the guidelines of the HR Policies as published on the DeltaNet>Employee Connection. A list of general policies is provided below, with the associated DeltaNet reference. This is not intended to be a complete list of all of Delta's Human Resources policies, nor does it contain the job requirements specific to flight attendants as stipulated in the IFS SkyPro, Flight Attendant Work Rules or FlyRight.

### Alcohol Policy/Alcohol Testing Requirements:

- See DeltaNet> HR> Policies> Employment

### Anti-Drug Program/Drug Testing Requirements:

- See DeltaNet> HR> Policies> Employment

### Appearance:

- See DeltaNet> Company> Our Company> The Way We Fly> The Delta Brand

### Company Property, Use of:

- See DeltaNet> Company> Our Company> The Way We Fly> Professionalism and Respect> Using Delta Computers and Other Equipment

▲ DELTA

**Performance Development**

Printed pages of this handbook are for information only. Currency must be verified with online version.

CONFIDENTIAL

DELTA_HS_001678

# General Performance Policies (continued)

### Paid Personal Time (PPT), Use of:

- See DeltaNet> HR >Policies> Time & Attendance> Paid Personal Time

### Pass Privileges, Use of:

- See DeltaNet> Company> Our Company> The Way We Fly> The Delta Brand
- Also see DeltaNet> HR> Travel

### Reliability:

- See DeltaNet> HR> Policies> Employment > Reliability

### Social Media

- See DeltaNet> Company > Our Company> Corporate Communications> Delta Media and Social Media Policy

# Flight Attendant Performance Infractions

The following are examples of flight attendant performance infractions which may result in Performance Development up to and including termination of employment. As this list is not all-inclusive, please be aware that other performance infractions can result in Performance Development.

### Failure to Cover Assignment (FTC); "No Show"

- Fails to report for an assignment, including training, meetings, etc., as determined by the Manager/Field Service Manager, or calling in sick following the assignment of a trip while on A-Day status.

### Failure to be Available (FTA)

- Fails to return call within 20 minutes of being contacted by Scheduling and cannot be reached by telephone
- Fails to obtain an airport release
- Calls in sick with less than three hours notice to Scheduling

### Late for Assignment

- Arriving late for a scheduled assignment, including training, meetings, conferences, airport standby duty and trip rotations
- Fails to access the automated crew sign-in system, indicating presence for assignment, in a timely manner.

*NOTE:* Flight attendants are required to notify Scheduling if encountering a delay in reporting for an assignment. However, notification will not excuse tardiness.

# Flight Attendant Performance Infractions (continued)

### Excessive Absenteeism

- Repeated absences which impact an employee's overall record of dependability (e.g., tardiness, unscheduled PPT, MTOs, FTCs, FTAs)

### Safety/Security Compliance

Failure to comply with operational standards and/or Federal Aviation Regulations such as, but not limited to:

- Maintenance and presence of the SkyPro
- Emergency equipment check/safety announcements
- Failure to successfully complete mandatory training
- Aircraft door operations/blown slides
- Successful completion of Continuing Qualification (CQ) training
- Sterile flight deck

### Insubordination

Failure to demonstrate respect and professionalism toward supervision during the administration of Delta's standards.

### Refusal of Assignment

- Once you have an assignment by bid, pick-up, swap, alternate assignment when on pay protection availability, escalation (incl. involuntary), move-up, award/assignment as an A-Day, or drafting, refusing the assignment could result in Performance Development up to and including termination of employment.
- Refusal to accept an assignment as directed by a representative of the company including a segment which, following appropriate measures has been deemed safe by the company (e.g., sabotage threat, mechanical incident, etc.) will result in removal from flight status.

# IFS Compliance Requirements Policy

It is a departmental expectation that all IFS compliance-related requirements be completed by the applicable specified deadline. There are three potential administrative outcomes that may apply in cases when a compliance deadline is not satisfied. They are:

1. Performance Development

2. Temporary removal of PBS bidding capability-whereby a flight attendant's ability to enter a PBS monthly bid is removed until the said requirement is met.

3. Temporary removal of base transfer bidding capability-whereby a flight attendant's ability to be successfully awarded a base/AFP transfer is removed until the said requirement is met.

The policy includes, but is not limited to, the following IFS compliance requirements:

- Timely completion of training events and CBT modules deemed "required", either for all flight attendants or a group of flight attendants, including CQ quarterly CBTs. For transfers, any special training/CBT modules required in a base/AFP must be completed before the effective date of the transfer into the new base/AFP.

- Possession of a current and valid passport correctly notated in iCrew.

- Possession of any applicable required visa if in the bottom 50% of a base's A-Day holder population, or if transferring to a base/AFP in which you will be in the bottom 50% of the A-Day holder population. For transfers, the visa must be obtained before the effective date of the transfer.

- Possession of a Yellow Fever vaccination or waiver in any base/AFP that requires it, or if transferring to a base/AFP that requires it. For transfers, the YF qualification or waiver must be obtained before the effective date of the transfer.

## Quarterly CBT Requirements

When a FA fails to complete their QCQ CBT on time and there is not an equipment qualification requirement, they will:

- Bid as normal and Performance Development will be applied as appropriately defined in the existing PD guidelines.

When a quarterly CQ (QCQ) CBT has an equipment qualification requirement, (e.g., 717) flight attendants failing to meet the completion deadline will:

- Be marked as "ILLG" on their schedule until the CBT is complete and will then be assigned A-days according to their seniority for the following month's schedule. Performance Development (PD) will be applied as appropriately defined in the existing PD guidelines.

**End of Chapter**

Performance Development

Printed pages of this handbook are for information only. Currency must be verified with online version.

CONFIDENTIAL

▲ DELTA

DELTA_HS_001681