# EXHIBIT J



# Chapter 26     Job Accommodation Policy



## Overview

Delta does not discriminate against individuals with disabilities and will offer reasonable accommodation to qualified individuals with a medically supported need.

Generally, a reasonable accommodation is a change in the work environment or in the way work is customarily performed that will enable an employee with a medical impairment to perform essential job functions, participate in training, or engage in Company-sponsored activities or events. Reasonable accommodation may also be available to assist an internal job candidate to participate in the hiring process or to help an employee who is no longer able to perform his/her own job to identify and secure another vacant and available position within the Company for which the employee is qualified and able to perform with his/her work restrictions, with or without a reasonable accommodation.

Participation in this Program does not mean that Delta Air Lines considers an individual to be disabled. This Program is a workplace initiative available to all employees with verified medical impairments, regardless of disability.

## Eligibility

Job accommodation is based on an employee's medically based work restrictions, as supported by current medical documentation, and the operation's ability to make reasonable changes to the employee's workplace or the way the work is performed. While each request is considered individually based on the specific circumstances, some examples of a reasonable job modification may include a workstation evaluation to determine whether adjustment to desk height is appropriate or a computer monitor needs to be adjusted. It may also mean that special equipment is warranted, such as an ergonomic chair or assistive software.

▲DELTA     **Job Accommodation**

Printed pages of this handbook are for information only. Currency must be verified with online version.
CONFIDENTIAL     DELTA_HS_001684

## Considerations

While the Company will consider requests for specific accommodations, in some cases a different accommodation that is more efficient or cost effective or less disruptive to the operation may be selected, so long as it is effective and consistent with the individual's medical restrictions. While Delta will make reasonable efforts to accommodate an employee's medical restrictions, not all job accommodation requests can be fulfilled - Delta cannot compromise safety or operational standards, supercede seniority, or eliminate essential functions of a position. Likewise, Delta will not create a new position for an employee in the Job Accommodation Program.

All reasonable accommodations are made based on the information available and the circumstances in effect at the time. We recognize that in the fast-paced airline industry, flight schedules, staffing levels, and other factors are constantly changing. Likewise, we understand that individuals' medical conditions may change over time. An accommodation that at one time was effective and reasonable may not be in the future. As a result, no accommodation at Delta can be final or permanent. Any approved accommodation may need to be reevaluated as circumstances or medical restrictions change.

## Alternative Position Assistance

Alternative Position Assistance is available to employees with verified medical impairments that prevent them from returning to their previous positions with Delta. Alternative Position Assistance will help an employee who is no longer able to perform the essential functions of his/her job to identify and secure another position within Delta for which the employee is qualified and able to perform with his/her work restrictions This assistance may include reviewing open jobs, resume assistance, job skills assessment, interview coaching, and other services, as appropriate.

It is the responsibility of the participating employee to follow the appropriate steps to bid or apply for positions for which the employee believes he/she is qualified and to successfully complete any initial screening and interviewing so his/her qualifications may be reviewed. The employee must remain in contact with the Accommodation Specialist and immediately update him or her on any position bid on so the Accommodation Specialist can assist in the process.

Alternative Position Assistance is available to help you identify appropriate positions and participate effectively in the selection process. Alternative positions that may be reasonable for an employee in the Program will depend on a number of factors, including current job openings and the employees' work restrictions, willingness to relocate, and knowledge, skills, experience, and abilities.

# Accommodation Process

### 1. Request accommodation

Contact Delta's Accommodation Department directly at 404-715-9811 or by emailing accommodations@delta.com. Accommodation Request and Medical Release forms will be sent to you by mail or email, as well as a Physician's Certification for Job Accommodation form for your physician to complete.

### 2. Provide medical documentation

You should complete and return the Accommodation Request form and Medical Release form to Delta's Accommodation Department along with the Physician's Certification for Job Accommodation and/or other current objective medical documentation provided by your treating physician supporting the need for an accommodation.

You need provide only the medical documentation pertinent to the condition for which you are seeking accommodation and sufficient to support the medical need for the accommodation requested.

Any medical documentation you provide will be available only to Delta's Accommodation Department, or others with a business need to know, and will not be kept in your employee file. Operation leaders will be told of your work restrictions, but not your specific diagnosis, to help them understand your accommodation needs and make decisions about how they may be able to accommodate you and, as needed, to provide assistance in the case of an emergency.

### 3. Participate in Accommodation Discussions

Once adequate and current medical documentation has been received, you will be scheduled for an accommodation assessment discussion, which may occur either in person or by conference call. The discussion will include you, your Accommodation Specialist, and, depending on the request, operational leaders and Human Resources professionals.

Because Delta values direct communications with its employees, third parties (including family members, friends, attorneys, religious leaders, or others) are not allowed to participate in accommodation meetings or phone calls, except in rare circumstances such as when the employee is physically or mentally unable to speak for himself. In such cases, arrangement must be made in advance with the Accommodation Department. These discussions may not be recorded by or on behalf of any participant.

The purpose of the accommodation assessment discussion is to explore possible means of accommodation in light of your work restrictions. This is your opportunity to explain your restrictions and abilities and suggest your accommodation ideas, as well as to consider accommodation suggestions that may be offered by other meeting participants.

## Accommodation Process (continued)

After the initial accommodation assessment meeting, operation leaders, Human Resources, and the Accommodation Specialist will review accommodation suggestions and a second meeting will be held, during which your leaders will inform you how they are able to accommodate your medical restrictions.

*If a reasonable accommodation is identified* that will allow you to continue to work in your current position, your leaders and Accommodation Specialist will coordinate with you to implement the agreed upon accommodation.

*If no reasonable accommodation is identified* that would allow you to perform the essential functions of your position, you may be offered leave of absence and the opportunity to participate in Alternative Position Assistance.

## Employee Responsibilities

- Provide adequate and current medical documentation of your need for accommodation.
- Actively participate in the accommodation process.
- Attend accommodation assessment meetings.
- Immediately notify your Accommodation Specialist and provide objective medical documentation if your medical condition or restrictions change.

**If you are participating in Alternative Position Assistance:**

- Regularly review available positions on eBid.
- Maintain contact with your Accommodation Specialist and provide timely notification of any position for which you have applied.

## Duration

Active employees may participate in the Job Accommodation Program until they receive an effective job accommodation or obtain an alternative position for which they are qualified and can perform consistent with their restrictions.

Inactive employees may participate in the Job Accommodation Program for up to two years while on an approved leave of absence. Extension may be requested in cases of extenuating circumstances, such as a significant change in the employee's restrictions.

All employees are expected to actively participate in the process. Should you discontinue your active participation in the process, your accommodation request will lapse. However, you can contact Delta's Accommodation Department to resume active participation for up to two years (or longer, if extenuating circumstances apply) so long as you remain an active employee or on an approved leave.

**End of Chapter**

**Job Accommodation**

▲ DELTA

Printed pages of this handbook are for information only. Currency must be verified with online version.

CONFIDENTIAL

DELTA_HS_001687

# JOB ACCOMMODATION PROGRAM
## GUIDELINES FOR EMPLOYEES

## OVERVIEW

Delta does not discriminate against individuals with disabilities and will offer reasonable accommodation to qualified individuals with a medically supported need.

Generally, a reasonable accommodation is a change in the work environment or in the way work is customarily performed that will enable an employee with a medical impairment to perform essential job functions, participate in training, or engage in Company-sponsored activities or events. Reasonable accommodation may also be available to assist a job candidate to participate in the hiring process or to help an employee who is no longer able to perform his/her own job to identify and secure another vacant and available position within the Company for which the employee is qualified and able to perform with his/her work restrictions, with or without a reasonable accommodation.

Participation in this Program does not mean that Delta Air Lines considers an individual to be disabled. This Program is a workplace initiative available to all employees with verified medical impairments, regardless of disability.

**Job Accommodation** is available based on an employee's medically based work restrictions, as supported by current medical documentation, and the operation's ability to make reasonable changes to the employee's workplace or the way the work is performed. While each request is considered individually based on the specific circumstances, some examples of a reasonable job modification may include a workstation evaluation to determine whether adjustment to desk height is appropriate or a computer monitor needs to be adjusted. It may also mean that special equipment is warranted, such as an ergonomic chair or assistive software.

While the Company will consider requests for specific accommodations, in some cases a different accommodation that is more efficient or cost effective or less disruptive to the operation may be selected, so long as it is effective and consistent with the individual's medical restrictions. While Delta will make reasonable efforts to accommodate an employee's medical restrictions, not all job accommodation requests can be fulfilled – Delta cannot compromise safety or operational standards, supersede seniority, or eliminate essential functions of a position. Likewise, Delta will not create a new position for an employee in the Job Accommodation Program.

All reasonable accommodations are made based on the information available and the circumstances in effect at the time. We recognize that in the fast-paced airline industry, flight schedules, staffing levels, and other factors are constantly changing. Likewise, we understand that individuals' medical conditions may change over time. An accommodation that at one time was effective and reasonable may not be in the future. As a result, no accommodation at Delta can be final or permanent. Any approved accommodation may need to be reevaluated as circumstances or medical restrictions change.

**Alternative Position Assistance** is available to employees with verified medical impairments that prevent them from returning to their previous positions with Delta. Alternative Position Assistance will help an employee who is no longer able to perform the essential functions of his/her job to identify and secure another position within Delta for which the employee is qualified and able to perform with his/her work restrictions. This assistance may include reviewing open jobs, résumé assistance, job skills assessment, interview coaching, and other services, as appropriate. It is the responsibility of the participating employee to follow the appropriate steps to bid or apply for positions for which the employee believes he/she is qualified and to successfully complete any initial screening and interviewing so his/her qualifications may be reviewed. The employee must remain in contact with the Accommodation Specialist and immediately update him or her on any position bid on so the Accommodation Specialist can assist in the process.

Alternative Position Assistance is available to help you identify appropriate positions and participate effectively in the selection process. Alternative positions that may be reasonable for an employee in the Program will depend on a number of factors, including current job openings and the employees' work restrictions, willingness to relocate, and knowledge, skills, experience, and abilities.

## ACCOMMODATION PROCESS

### ❶ Request accommodation

Contact Delta's Accommodation Department directly at 404-715-9811 or by emailing Accommodations@Delta.com. Accommodation Request and Medical Release forms will be sent to you by mail or email, as well as a Physician's Certification for Job Accommodation form for your physician to complete.

### ❷ Provide medical documentation

You should complete and return the Accommodation Request form and Medical Release form to Delta's Accommodation Department along with the Physician's Certification for Job Accommodation and/or other current objective medical documentation provided by your treating physician supporting the need for an accommodation.

You need provide only the medical documentation pertinent to the condition for which you are seeking accommodation and sufficient to support the medical need for the accommodation requested.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of employees or their family members except as specifically allowed by this law. In order to comply with this law, Delta asks that you not provide any genetic information when responding to this request for medical information related to your request for a reasonable accommodation. "Genetic information", as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

Any medical documentation you provide will be available only to Delta's Accommodation Department, or others with a business need to know, and will not be kept in your employee file. Operation leaders will be told of your work restrictions, but not your specific diagnosis, to help them understand your accommodation needs and make decisions about how they may be able to accommodate you and as needed to provide assistance in the case of an emergency.

### ❸ Participate in Accommodation Discussions

Once adequate and current medical documentation has been received, you will be scheduled for an accommodation assessment discussion, which may occur either in person or by conference call. The discussion will include you, your Accommodation Specialist, and, depending on the request, operational leaders and Human Resources professionals. Because Delta values direct communications with its employees, third parties (including family members, friends, attorneys, religious leaders, or others) are not allowed to participate in accommodation meetings or phone calls, except in rare circumstances such as when the employee is physically or mentally unable to speak for himself. In such cases, arrangement must be made in advance with the Accommodation Department. These discussions may not be recorded by or on behalf of any participant.

The purpose of the accommodation assessment discussion is to explore possible means of accommodation in light of your work restrictions. This is your opportunity to explain your restrictions and abilities and suggest your accommodation ideas, as well as to consider accommodation suggestions that may be offered by other meeting participants.

After the initial accommodation assessment meeting, operation leaders, Human Resources, and the Accommodation Specialist will review accommodation suggestions and a second meeting will be held, during which your leaders will inform you how they are able to accommodate your medical restrictions.

*If a reasonable accommodation is identified* that will allow you to continue to work in your current position, your leaders and Accommodation Specialist will coordinate with you to implement the agreed upon accommodation.

*If no reasonable accommodation is identified* that would allow you to perform the essential functions of your position, you may be offered leave of absence and the opportunity to participate in Alternative Position Assistance.

## EMPLOYEE RESPONSIBILITIES

- ✓ Provide adequate and current medical documentation of your need for accommodation.
- ✓ Actively participate in the accommodation process.
- ✓ Attend accommodation assessment meetings.
- ✓ Immediately notify your Accommodation Specialist and provide objective medical documentation if your medical condition or restrictions change.

*If you are participating in Alternative Position Assistance . . .*

- ✓ Regularly review available positions on *e*Bid.
- ✓ Maintain contact with your Accommodation Specialist and provide timely notification of any position for which you have applied.

## DURATION

- *Active employees* may participate in the Job Accommodation Program until they receive an effective job accommodation or obtain an alternative position for which they are qualified and can perform consistent with their restrictions.
- *Inactive employees* may participate in the Job Accommodation Program for up to two years while on an approved leave of absence. Extension may be requested in cases of extenuating circumstances, such as a significant change in the employee's restrictions.
- *All employees* are expected to actively participate in the process. Should you discontinue your active participation in the process, your accommodation request will lapse. However, you can contact Delta's Accommodation Department to resume active participation for up to two years (or longer, if extenuating circumstances apply) so long as you remain an active employee or on an approved leave.