# EXHIBIT P

 **DELTA**

To:         Hillary Smallwood, EN 147699, DOE 25MAR89
From:     Eve Callaway, Field Service Manager – ATL
Date:      June 21, 2015
Re:         **Final Corrective Action Notice – Reliability**

Hillary, a review of your reliability records indicates that your reliability record is unsatisfactory.  On October 19, 2013 you were presented with a Corrective Action Notice advising you that your reliability is not meeting Delta Air Lines' expectations. You then received an Informal Verbal Coaching on April 30, 2014, and another Informal Verbal coaching on April 24, 2015 both for reliability. You have since incurred a Failure To Cover Assignment on 19MAY15 and again on 18JUN15. You have been absent nine days on three occasions. This level of reliability is not acceptable.

Hillary, your continued failure to consistently report for work as scheduled places a burden on your coworkers and hinders our operation.  Therefore, you are being given a Final Corrective Action Notice.  Immediate and lasting improvement in your reliability is needed.  Failure to improve this area of your performance, or any infraction of Company policy or failure to meet Company requirements could result in further corrective action, up to and including a recommendation for termination of your employment.

While you work towards showing lasting improvement in your performance, for the next 36 months from the date of this notice, any transfer, promotion or special assignment that you bid for within In-Flight Service remains subject to file review. You will be ineligible for transfer, promotion or special assignment outside of In-Flight Service.

Also, you will have a meeting with your manager every six (6) months for the duration (36 months) of this Final Corrective Notice in order to support you as you work towards lasting improvement.  Once scheduled, it is your responsibility to attend the meeting.

In addition, the requirement for you to submit a doctor's certification for each absence is also extended for a minimum of six months.  This certification must be submitted on the first day of your return to work from any absence due to your illness or injury.  Failure to submit the proper certification by the appropriate date could result in further corrective action, up to and including termination.

We expect you to take whatever steps are necessary to improve your reliability.  Please remember I am available to assist you in any way possible, but the ultimate responsibility for improvement remains yours.

If you would like to appeal this performance development, the Conflict Resolution Process (CRP) may be the avenue to explore.  Some cases are not CRP eligible, so please contact the CRP Gatekeeper at crp.ifs@delta.com for more information.

As a reminder, the Employee Assistance Program and WorkLife Services can be reached at 800-533-6939.

*Eve Callaway*

Eve Callaway
Field Service Manager – ATL

I have read and fully understand the contents of this letter.

_____  6/21/2015
Acknowledgement of Receipt        /        Date