# EXHIBIT II



**To:**       David Gilmartin, IFS Base Director – NYC

**From:**     John Marsh, IFS Field Service Manager – NYC

**Subject:**  Summary of Events and Employment Recommendation
              Hillary Smallwood, NYC Flight Attendant;  EN 147699; DOE 13FEB89

**Date:**     May 10, 2017

**Infraction:**  Unacceptable Overall Reliability

NYC FA Hillary Smallwood began her career at Delta Air Lines on February 13, 1989.

On July 24, 2013, Hillary was issued a Written Coaching (WC) for failing to meet Delta's standards with regards to reliability. Hillary had been previously coached regarding her reliability on numerous occasions throughout her career prior to receiving the WC. Less than three months after receiving a WC, Hillary was issued a Corrective Action Notice (CAN) on October 19, 2013 after incurring unscheduled absences on October 15, 2013 and September 12, 2013. After receiving the CAN, Hillary received Informal Verbal Coachings (IVC) on April 30, 2014 and again on April 24, 2015 after incurring additional unscheduled absences.

Hillary incurred a Failure to Cover (FTC) on May 19, 2015 and another FTC on June 18, 2015, bringing Hillary to a Final Corrective Action Notice (FCAN) effective June 21, 2015. After receiving the FCAN, Hillary received IVCs on 9 separate occasions (8 for poor reliability and 1 for compliance). Hillary's leaders also held FCAN follow-up discussions with her approximately every 6 months since receiving the FCAN: December 1, 2015, July 16, 2016 and January 5, 2017 to discuss her reliability.

Most recently, Hillary incurred an unscheduled absence on April 4, 2017. She also incurred a FTC on April 12, 2017 due to calling out with less than 3 hours' notice, and incurred an additional unscheduled absence on April 25, 2017. Despite being coached on several occasions, Hillary incurred an additional 12 unscheduled absences and 2 FTCs since the FCAN was issued.

**STATUS:** Suspended effective May 10, 2017 pending review for continued employment



**RECOMMENDATION:**

We recommend termination of FA Hillary Smallwood's employment.

_____          5-10-17
Field/Service Manager Signature                    _____
                                                                        Date

_____          5-10-17
Base Director                                            _____
                                                                        Date

CONFIDENTIAL                                         DELTA_HS_000004